# Exhibit D

# handy

# INDEPENDENT CLEANING PROFESSIONALS

## Onboarding





# Agenda



This session is built to:
- Tell you more about Handy and the opportunities offered on our platform
- Give Handy an opportunity to meet you in person and confirm you meet the contracting standards necessary to claim jobs on the Handy platform
- Show you how Handy's technology platform works
- Show you how to maximize your business opportunities on the platform

As Independent Cleaning Professionals, we will not tell you:
- How you must do a cleaning job
- Which  specific jobs to take
- How to manage your schedule

**Intro Video**





# Agenda

- Overview of the Handy platform (10 mins)

- Cleaning Skill Assessment (20 mins)

- How Handy Technology Works (30 mins)
  - Claiming jobs in advance
  - Managing jobs through portal
  - Managing your account

- Next Steps (5 mins)

- Questions





# Company Background

- Technology platform to connect professionals like you to thousands of customers looking for services

- Founded in Cambridge, MA in Summer 2012

- Currently operating in 27 cities in USA, Canada and UK HQ in New York, NY

- Connecting tens of thousands of happy customers with thousands of professionals monthly

- Striving to be the premier global platform for booking all household services



# What Is The Handy Platform?

- Customers go to handy.com and request a cleaning to take place at a certain time and location

- A professional on the Handy platform can claim any of these jobs through the professional portal with no obligation to accept any minimum number

- Once a job is claimed, a professional gets all of the job details provided by the customer (address, special requests) through their portal

- Upon completion of jobs, Handy charges the customer and promptly directs payment for the job into the professionals bank account, less Handy's fee

- Customers can easily rebook and/or reschedule with their preferred professionals; Requests are communicated to professionals through the professional portal



# Customer Ratings









- Customers will rate their experience after every job
- We use customer ratings and feedback to offer high quality service options through our platform
- We aim to give customers access to the best professionals available
- If you receive negative customer feedback and ratings you may be prevented from using the platform

**The Handy Platform**

## ... 5 GUIDELINES FOR BEST CUSTOMER RATINGS

...

The best ratings from customers are for pros who are:

1. **Accountable** - *Shows up to all claimed jobs and manages his/her business with pride*

2. **Prepared** - *Carries appropriate supplies and wears appropriate attire*

3. **On Time** - *Being on time means a lot to your customers*

4. **Thorough** - *Completes what the customer expects*

5. **Professional** - *Treats all their customers and Handy representatives with respect*

handy

# Payment Tiers



| | Tier 1 | Tier 2 | Tier 3 | Tier 4 |
|---|---|---|---|---|
| 1 hour Job (not offered) | $15 | $17 | $20 | $22 |
| 2 hour Job (studio, 1 bed) | $30 | $34 | $40 | $44 |
| 3 hour Job (2 bed) | $45 | $51 | $60 | $66 |
| Rating to be | - | 9.0 | 9.0 | 9.5 |
| | | 15 | 30 | 50 |

- Payments are made on a per job basis - you will be informed the estimated job rate before you claim any job.
- The job rate is calculated based on your payment tier

# Why Ratings Matter

Great ratings help you earn even more on the Handy platform

**Samantha**

60 2 hr Jobs
8.5 Rating
$30/Job

**$1,800 Earned**

**VS**

**Cynthia**

60 2 hr Jobs
9.5 Rating
$44/Job

**$2,640 Earned**



# Potential Bonuses

**Repeat Bonus**

**$5 bonus per job every time a customer re-books your service!**
No matter what tier you are on, you get an additional $5 every time a customer books with you (after your first time)!

**Referral Bonus**

**$50 bonus for every professional you refer!**
They must be onboarded and do 5 jobs in their first 2 weeks to qualify you for the referral bonus

hANDY



# Job Payments



- **DIRECT DEPOSIT 3-5 DAYS AFTER THE JOB YOU WORK**

  ○ If you do not not have a bank account, we can send you checks (checks take 5-7 days to arrive to your home)

  ○ Each job payment will be made separately



# Customer Feedback

**Certain complaints from customers will also result in a withholding of payments**

| | |
|---|---|
| **Arriving >30 Min Late** | $15 Withholding |
| **Leaving A Job Without Completing** | $15 Withholding |
| **Leaving A Job Without Completing** | $25 Withholding |
| **Not Showing Up To A Job** | $35 Withholding |
| **Not Returning Phone After Removal From System** | Withholding of any outstanding job payments (until phone is returned) |



# Customer Feedback

## Negative customer complaints can lead to removal from the platform

**Trailing 30 Jobs***

**Complaint Level 1**
Jobs rated 7 or less
Cancelling a job under 24 hours
Showing up late to a job (with no notification)
Showing up >30 min late

3 instances = removal*

**Complaint Level 2**
Cancelling a job under 3 hours' notice
Not showing up to a job

2 instances = removal

**Complaint Level 3**
Theft
Diverting customers away from the Handy platform

Immediate removal

**Professionals must also maintain a customer rating above an 8.5 to remain on the platform**

*All feedback comes directly from the customer*

Severity of Breach of Service Agreement



# Supplies

We can supply you with a starter kit (paid through a $90 withholding) that includes:



- Roller bag
- Vacuum
- Swiffer
- Method Products
- Microfiber cloths
- Aprons/Polos for the safety of both Customers and Service Professionals
- Marketing Materials

Our Highest-Rated Pros Also Always Bring:

- Favorite products (**Magic Erasers**, Scrubbing Bubbles, etc.)
- Preferred floor cleaning tools
- Hand duster, extra cloths/paper towels
- Scrubbers!



# Supplies

We can also will provide a resupply kit (for $25) once you hit 40 hours of work completed.  This includes:

- Method Products
- Marketing Materials

You can request the resupply kit right through portal.  Just make sure we have your proper mailing address so we can ship it to you.  Typically takes 3-7 days to arrive so plan ahead!

# Agenda

- Overview of the Handy platform (10 mins)

- Cleaning Skill Assessment (20 mins)

- How Handy Technology Works (30 mins)
  - Claiming jobs in advance
  - Managing jobs through portal
  - Managing your account

- Next Steps (5 mins)

- Questions



# What Would You Do?

- Over the next few slides, we will show you pictures of certain areas of a house

- Please use your prior cleaning experience to let us know what areas you will focus on, and we'll tell you feedback other professionals have gotten from customers



# Kitchen

## Customers Notice When You:

(1) Clean the dishes

(2) Move on to dusting top to bottom

(3) Wipe down cabinets

(4) Wipe in, out and below small appliances

(5) Wipe down all countertops and backsplash

(6) Mop the floors
(this is the most frequent complaint we receive when missed)



handy



# A Tip From A High-Rated Pro

"People are picky about their kitchens, because that is where they eat!!

Three areas that are constantly called out:  the sink (it should be spotless),

the counters (no crumbs or spots, even under appliances) and the floors"  -

Porsia, Boston Pro

# Bathroom

## Customers Notice When You:

1. Spray down walls of bathroom, shower and tub

2. Dust all surfaces (top to bottom)

3. Clean all mirrors

4. Wipe down all surfaces (sink, cabinets, etc)

5. Scrub the sink, tub, toilet

6. Fold and sticker the TP

7. Wipe down or mop the floor



# A Tip From A High-Rated Pro

"This is the most critical room! Obviously a spotless tub, toilet and sink is key. But the small stuff matters too. I make sure no hair is left behind and always put the Handy sticker on the toilet paper. Customers love it! Feels like they are returning to a hotel!

- Michael, Dallas Pro



# Bedroom

**Customers Notice When You:**

1. Dust all areas: Shelves, dressers, side tables, windows, blinds, lamps, headboard

2. Make the bed, fluff the pillows;  Use new linens requested or available

3. Fold and organize any clothing

4. Clean mirrors or frames

5. Vacuum, sweep and mop floors (get under bed)





# A Tip From A High-Rated Pro

- "For the bedroom, the bed makes it or breaks it.  Dusting is also incredibly important because there are clothes bedding and linen that can attract lots of dust. Vacuuming thoroughly, even under furniture and making sure everything goes back where I found it"

  - Sylvia, Seattle Pro

# Living Room

## Customers Notice When You:

**(1)** Dust all areas (top to bottom); TV, shelves, blinds, lamps, tables

**(2)** Straighten and wipe down items (if you move anything leave a note)

**(3)** Fluff cushions and fold blankets

**(4)** Clean all small furniture (dust and wipe)

**(5)** Vacuum, sweep and mop floors (get under furniture)

**(6) AVOID:** TV, artwork, valuable looking items





# A Tip From A High-Rated Pro

- "After the living room, I go straight into my spot-check. I want to leave a lasting impression with every customer so that they rate me highly! I always ask if there is anything else I could do that would make the place look perfect!"

  - Jose, NYC Pro

hANDY



# Different Surfaces

**1**

## How would you clean Stainless Steel?

Customers have told us:

- Do not attempt to clean stainless steel appliances or surfaces with standard cleaning supplies
- Use a stainless steel cleaner or a small amount of dish soap, warm water and a microfiber cloth

**2**

## How would you clean Marble & Granite?

Customers have told us:

- Only use gentle dish soap and warm water when cleaning stone counters and floors

**3**

## How would you clean Wood Surfaces?

Customers have told us:

- Do not use multi-purpose cleaners on wood surfaces
- Dusting is usually sufficient unless you have a specific wood cleaner

# Tips From Highest Rated Pros

**The Day Before**

"I like to send a text to my customers the night before a job.  Usually something like 'Hi, this is Amanda from Handy.  I am all set for the job tomorrow at 10:00am and look forward to meeting you'"

- Amanda, NY Pro

**The Day Of**

"I try to set the right tone right from the start.  I shake the customers hand, introduce myself, offer to take off my shoes and then do a walk through to see where they want me to focus, if there are places I should avoid or if they have specific product requests.  The first impression is so important!   -  Robin, Boston Pro

**The Final 15 Minutes**

"To finish a job I make sure to do one final walk through of each room and make sure I didn't miss anything.  I do one final wipe down of surfaces, grab the trash, turn off the lights.  I also love leaving behind the Handy materials and usually add a nice personal note from me.

- Lauren, Atlanta Pro

# How To Add Time

Customers usually expect pros to finish jobs in the time allotted by them. However, in the instances where you are not able to finish, here is how to add more time:

- Get started working

- After the first 30 or 45 min, let the customer know that you will not be able to complete the job in the time the customer booked

- **If you can stay longer:**  offer the option of staying longer to the customer and negotiate the amount of time needed to complete the job with the customer

- **If you can't stay longer:**  apologize and ask if there are places on which you should focus

- Either way, to ensure appropriate job payment, notify Handy as soon as you talk to the customer so that we can either add the negotiated time and make sure you get paid or let us know the customer didn't get a full cleaning

**hanDy**

# How To Book A Repeat Customer

## You've done a great job and your customer loves you.  What next?

If a customer asks to work with you again:

- They can easily go online and request you through Handy.com

- Handy will send you a notification that you've been requested

- Remember, whenever you re-book with a customer you will also receive a $5 bonus on the job

**Attempting to divert customers from the Handy platform will result in <u>immediate</u> removal**

# Agenda

- Overview of the Handy platform (10 mins)

- Cleaning Skill Assessment (20 mins)

- How Handy Technology Works (30 mins)
  - Claiming jobs in advance
  - Managing jobs through portal
  - Managing your account

- Next Steps (5 mins)

- Questions





# Portal: Create an Account

1) Dial #686# on your phone to show your phone #.

2) Write your phone # on the sticker on the back of your phone.

3) Enter your phone #

4) Press 'Send pin code' button.

5) Once you receive a text, enter your phone's # and pin code at the top of the screen. Click 'Login'.

## Log in

Phone Number

PIN Code

Log in

## Get a new PIN code

Phone Number

Send



# Portal: Booking Jobs

To view more jobs tap the left or right arrows.

Tap '**Claim**' to book a job.

The expanded view shows the general area of the job. Tap '**Show Details**' to see more information about the job

When you claim a job you will receive one of the following messages:

**Successful Claim**: *Success! This job will now appear in your schedule.*

**Unsuccessful Claim**: *Oh no! Someone claimed the job before you!*







# Portal: View Schedule & Details

The "Schedule" tab will show you all of the jobs you've claimed

Tap on a booking to see the Details of where you are supposed to go





# Portal: View Schedule & Details

Some job descriptions include notes about extras or other customer requests



10:00 AM - Tuesday, September 16

John Doe

1 Congress St, Apt 2
Boston, MA 02201

Job ID 84414

(Customer will hide the key: Under the mat)
(Customer message to provider: Please pay special attention to the floors!)

Inside cabinets
Inside fridge
Inside oven
Interior windows

Help

Profile

Jobs

Schedule

# Portal: Getting to Jobs



The map window will show you the location where your job will take place. For more details, tap into your scheduled job window. Tap it for more exact address and let you get directions to the job!





# Portal: Checking in and out

You will be prompted to answer some questions

At the end of the job, remember to Check out of the booking

are other services we should offer the customer





# Portal: Removing Yourself From A Job

- Remember, only claim jobs that you can complete

- If you accidentally claim a job that you cannot complete simply tap the 'Remove Job' button and you will be able to unassign yourself

- Every cancellation will notify your city manager



# Portal: Cancellation Withholdings



- **> 48 hours**: You can "Remove Job" from Portal with no penalty

- **24 - 3 hours**: You can remove yourself from the job with a $15 PENALTY.

- **< 3 hours**: You will NOT be allowed to remove yourself from a job

- Remember, if you do not show for the job without notifying Handy, you may be removed from the platform.



# Portal: Profile Page



The **Performance tab** shows:

- total number of jobs completed
- total number of jobs in the past 4 weeks

The **Payment tab** shows:

- payments for the past **nine days**
- ratings for completed jobs over the past **four weeks**
- Your current payment tier



# Portal: Troubleshooting



***Use this first:***
The **Help tab** links to Handy's support website and will help answer any common questions you may have.

*Still need help?* Contact: **professional@Handy.com**

---

**desk.com**    Handy

Enter your query    Search

**Help Topics**

General
Portal (Technology)
Supplies
On the Job
Payments
Apply
Orientation

© 2014 Desk.com. All rights reserved.

Schedule    Jobs    Profile    Help

# How to Contact Handy

For all non-urgent, non-customer related inquiries:

professional@Handy.com
payments@Handy.com

ONLY for urgent issues about a job in the next 24hrs:

Call 1-888-847-6036



# Agenda

- Overview of the Handy platform (10 mins)

- Cleaning Skill Assessment (20 mins)

- How Handy Technology Works (30 mins)
  - ○ Claiming jobs in advance
  - ○ Managing jobs through portal
  - ○ Managing your account

- Next Steps (5 mins)

- Questions



# Next Steps

1. MAKE SURE YOUR BACKGROUND CHECK IS COMPLETE

1. CHECK OUT PORTAL TO CLAIM JOBS

1. GET CLEANING:  REMEMBER YOUR JOBS WILL BE RATED



# Questions???