UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAISHA EMMANUEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>HANDY TECHNOLOGIES, INC.,<br><br>DEFENDANT. | CIVIL ACTION NO. 1:15-CV-12914 |

## MOTION TO COMPEL ARBITRATION AND DISMISS COMPLAINT

Pursuant to 9 U.S.C. §§ 3, 4 and Rule 12(b)(1), Defendant Handy Technologies, Inc. ("Handy"), by its undersigned counsel, respectfully requests that the Court dismiss Plaintiff's class claims and order her to submit her individual claims to arbitration. Handy sets forth the grounds for this Motion in its accompanying Memorandum of Law and supporting papers.

Pursuant to Local Rule 7.1, Handy states that its counsel attempted to confer with Plaintiffs' attorney this date by phone in a good faith effort to resolve or narrow the issues presented, but was unable to reach Plaintiffs' attorney.

## REQUEST FOR ORAL ARGUMENT

Handy respectfully requests oral argument on this Motion.

August 10, 2015

Respectfully submitted,

HANDY TECHNOLOGIES, INC.

By its attorney,

/s/ Michael Mankes
Michael Mankes (BBO No. 662127)
Sarah E. Green (BBO No. 679732)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA 02110
Tel: 617.378.6000
Fax: 617.737.0052
mmankes@littler.com
sgreen@littler.com

Roberta A. Kaplan (BBO No. 559570)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel: 212.373.3086
Fax: 212.492.0086

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2015, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

/s/ Michael Mankes
Michael Mankes

Firmwide:135199296.1 082196.1021