UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAISHA EMMANUEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> v. <br><br> HANDY TECHNOLOGIES, INC., <br><br> DEFENDANT. | CIVIL ACTION NO. 1:15-CV-12914 |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant objects to Plaintiff's Notice of Supplemental Authority ("Notice"), since Plaintiff uses the Notice, not to inform the Court of a recent decision as would be appropriate, but instead to improperly re-argue the merits of her case. To the extent that the Court intends to consider Plaintiff's Notice, the District of Wisconsin case that Plaintiff cites, *Lewis v. Epic Systems Corp.*, C.A. No. 15-cv-00082 (W.D. Wis. Sept. 14, 2015), appears to reflect one judge's preferred result. As such, it is not binding on this Court and should not be afforded any persuasive power here given that it goes against the overwhelming weight of authority, including multiple decisions from the United States Circuit Courts of Appeal. *See, e.g., D.R. Horton, Inc.*, 37 F.3d 344, 357, 360-361 (5th Cir. 2013); *Richards v. Ernst & Young, LLP*, 734 F.3d 871, 873-74, *opinion amended and superseded by* 744 F.3d 1072 (9th Cir. 2013); *Sutherland v. Ernst & Young LLP*, 726 F.3d 290, 297-98 n. 8 (2nd Cir. 2013); *Owen v. Bristol Care, Inc.*, 702 F.3d 1050, 1054-555 (8th Cir. 2013); *see also*, *Levison v. MasTec, Inc.*, No. 8:15-CV-1547-T26AEP,

2015 WL 5021645, at *2 (M.D. Fla. Aug. 25, 2015) (confirming that Eleventh Circuit has not adopted reasoning in *D.R. Horton)*.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HANDY TECHNOLOGIES, INC. |
|  | By its attorneys, |
|  |  |
|  | /s/ Michael Mankes |
|  | Michael Mankes (BBO No. 662127) |
|  | Sarah E. Green (BBO No. 679732) |
|  | **LITTLER MENDELSON, P.C.** |
|  | One International Place, Suite 2700 |
|  | Boston, MA  02110 |
|  | Tel:  617.378.6000 |
|  | Fax:  617.737.0052 |
|  | mmankes@littler.com |
|  | sgreen@littler.com |
|  |  |
|  | Roberta A. Kaplan (BBO No. 559570) |
|  | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|  | 1285 Avenue of the Americas |
|  | New York, NY 10019 |
|  | Tel: 212.373.3086 |
| September 25, 2015 | Fax: 212.492.0086 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2015, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

/s/ Michael Mankes
Michael Mankes

Firmwide:136066003.2 082196.1021