UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAISHA EMMANUEL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDY TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-12914 - NMG |

### JOINT MOTION FOR STAY

Plaintiff Maisha Emmanuel, individually and on behalf of all others similarly situated, and Defendant Handy Technologies, Inc. (collectively, the "Parties") hereby jointly request a stay of this action, pending the United States Court of Appeals for the First Circuit's decision in the matter of Bekele v. Lyft, Inc., First Circuit No. 16-2109 (C.A. No. 15-cv-11650). The plaintiff in that matter has asked the First Circuit to determine whether class action waivers in employment agreements are illegal under the National Labor Relations Act. Since, the First Circuit's decision on this issue will likely have a direct impact on the scope of this case, the Parties respectfully contend that it would be most efficient to stay this matter until this issue has been resolved by the First Circuit.

*Joint motion allowed.*

*NMGorton, USDJ 9/28/16*

1