**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>Maisha Emmanuel</u>
    Plaintiff

    V.

<u>Handy Technologies, Inc.</u>
    Defendant

CIVIL ACTION

NO. 15-12914-NMG

## <u>ORDER OF DISMISSAL</u>

<u>Gorton, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>February 27, 2020</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

2/28/2020
Date

/s/ Leonardo T. Vieira
Deputy Clerk