## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAISHA EMMANUEL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HANDY TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-12914-NMG |

## **PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff Maisha Emmanuel hereby appeals from the Court's order granting Defendant Handy Technologies, Inc.'s Motion to Compel Arbitration (Dkt. 116) and Order of Dismissal (Dkt. 117).

Dated: March 30, 2020

Respectfully submitted,

MAISHA EMMANUEL, individually and on behalf of all others similarly situated,

By her attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, BBO# 640716
Matthew Thomson, BBO# 682745
Michelle Cassorla, BBO# 688429
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801
sliss@llrlaw.com

1

## **CERTIFICATE OF SERVICE**

      This will certify that I served a copy of the foregoing document on all counsel, by ECF, on this date.

Dated:  March 30, 2020

                                        /s/ Shannon Liss-Riordan____
                                        Shannon Liss-Riordan