# United States Court of Appeals
## For the First Circuit

No. 20-1378

MAISHA EMMANUEL,

Plaintiff, Appellant,

v.

HANDY TECHNOLOGIES, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: March 22, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order compelling arbitration and dismissing Maisha Emmanuel's putative class complaint is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Shannon Erika Liss-Riordan
Adelaide H. Pagano
Matthew W. Thomson
Michelle Cassorla
Michael Mankes
Jennifer Margaret-Martin Duke