# United States Court of Appeals
## For the First Circuit

No. 20-1378

MAISHA EMMANUEL,

Plaintiff - Appellant,

v.

HANDY TECHNOLOGIES, INC.,

Defendant - Appellee.

**MANDATE**

Entered: April 13, 2021

In accordance with the judgment of March 22, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michelle Cassorla
Jennifer Margaret-Martin Duke
Shannon Erika Liss-Riordan
Michael Mankes
Adelaide H. Pagano
Matthew W. Thomson